IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  6:26-po-00081-HBK |
| Plaintiff, | |
| v. | |
| JACOB PARK, | ORDER GRANTING REQUEST TO APPEAR REMOTELY |
| Defendant. | (Doc. 11) |

Defense counsel, Marc Days, moves to appear by videoconference at the June 2, 2026, initial appearance in the Yosemite Division and at all future hearings in this matter, unless otherwise ordered.  The Court finds good cause to grant the request,

Accordingly, it is ORDERED:

1. The motion (Doc. 11) is GRANTED to the extent set forth herein.

2. Defense counsel, Marc Days, is authorized to appear remotely at the initial appearance set for June 2, 2026, and at all future hearings in this matter, unless otherwise ordered to personally appear.

3. The proceeding will occur via Zoom or another Court-designated platform; and the Courtroom Deputy will provide connection details and instructions.

4. Counsel must use a stable connection and appear from a quiet, private location.

5. Recording, photography, or rebroadcasting is prohibited.

6. This Order authorizes remote appearances in this case for defense counsel unless the Court directs otherwise for a particular proceeding.


Dated:   May 28, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE