UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACOB T. PARK,<br>Defendant. | Case No. 6:26-po-00081-HBK<br>ORDER ACCEPTING DEFERRED PROSECUTION AGREEMENT<br>CITATION #E2139195<br>(Doc. 23) |

Upon consideration of the parties' Deferred Prosecution Agreement and request for a continuance, and for good cause shown, IT IS HEREBY ORDERED:

1. The Deferred Prosecution Agreement (Doc. 23) is accepted and approved.
2. Further proceedings in this misdemeanor case are continued until April 27, 2027, to permit Defendant to comply with the terms of the Agreement.
3. The Court VACATES the Bench Trial scheduled for October 27, 2026.
4. Unless the Government moves to dismiss under Federal Rule of Criminal Procedure 48, a status conference shall be held on **May 11, 2027**, at **10:00 a.m.** in Yosemite.

Dated: October 22, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE